A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

JOHN E. DRAIM

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| vs. | ) | CASE NUMBER    1-01-2690 |
| VIRTUAL GEOSATELLITE HOLDINGS, | ) | Judge Robertson |
| INC., et al. | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of   David J. Taylor            as counsel in this
                                (Attorney's Name)

case for:   Defendants
              (Name of party or parties)

January 6, 2005
Date

091280
BAR IDENTIFICATION

Signature

David J. Taylor
Print Name

1747 Pennsylvania Ave., N.W. #300
Address

Washington DC          20006
City          State          Zip Code

(202) 454-2855
Phone Number