UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN E. DRAIM,**<br><br>　　**Plaintiff,**<br><br>　　v.<br><br>**VIRTUAL GEOSATELLITE HOLDINGS, INC.,** *et al.,*<br><br>　　**Defendants.** | Civil Action No.  01-2690 (JMF) |

## ORDER

This case is before me upon consent of the parties to a trial before a United States Magistrate Judge.  A two day bench trial is scheduled for February 16 and 17, 2006.  There are two outstanding issues that must be resolved prior the trial: the effect that my ruling will have and whether an additional party will be brought into the litigation.  To that end, it is, hereby,

**ORDERED** that

1. The parties shall, no later than February 13, 2006, file a joint praecipe detailing exactly what effect they want my ruling to have (*e.g.,* final judgment, final judgment without recourse, arbitration-type ruling); and

2. The parties shall have up to and including February 13, 2006 to file any motion to join additional parties.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOHN M. FACCIOLA
Dated:　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE