**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOHN E. DRAIM,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**VIRTUAL GEOSATELLITE HOLDINGS, INC.,** *et al.*,<br><br>　　　　**Defendants.** | **Civil Action No. 01-2690**<br>**(JMF)** |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that defendants' Motion to Amend Findings of Fact, Conclusions of Law and Order [#77] is **DENIED.** It is further, hereby,

**ORDERED** that defendants' Motion for a New Trial [#78] is **DENIED.** It is further, hereby,

**ORDERED** that defendants' Motion for Leave to File Reply to Plaintiff's Opposition to Defendants' Motion for a New Trial [#82] is **GRANTED** nunc pro tunc. Finally, it is, hereby,

**ORDERED** that defendants' Motion to Strike Surreply Filed by Plaintiff [#84] is **DENIED** nunc pro tunc.

**SO ORDERED.**

                                                __/S/_____
                                                **JOHN M. FACCIOLA**
**March 14, 2007**                           **UNITED STATES MAGISTRATE JUDGE**