UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN E. DRAIM,<br><br>      Plaintiff,<br><br>      v.<br><br>VIRTUAL GEOSATELLITE HOLDINGS, INC., *et al.*,<br><br>      Defendants. | Civil Action No.  01-2690<br>(JMF) |

**ORDER**

In its opinion, the court of appeals stated: "Although the written employment contract expired before Draim's resignation from Virtual Geo, the magistrate judge found that the parties continued to operate under the understanding articulated in the contract and neither party disputes this finding on appeal." Draim v. Virtual Geosatellite Holdings, Inc., 522 F.3d 452, 455 (D.C. Cir. 2008).  Since the contract provided that it could be terminated upon 30 days written notice and there is no dispute that Draim gave Virtual Geo his letter of resignation as he left, are the parties agreed that any material breach of the contract must be based on acts that occurred within the 30 days after Draim gave his resignation letter to Virtual Geo?

If they are agreed, then they shall jointly file, by October 22, 2008, a praecipe so stating.  If they do not agree, each party may submit a memorandum of law no later than November 1, 2008, explaining why that party believes that Draim's obligations under his

2

employment contract with Virtual Geo extended beyond 30 days after the date of his letter of resignation.

**SO ORDERED.**

/S/
JOHN M. FACCIOLA
Dated: October 14, 2008                                    UNITED STATES MAGISTRATE