UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN E. DRAIM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VIRTUAL GEOSATELLITE ) <br> HOLDINGS, INC., et al., ) <br> ) <br> Defendants. ) | Civil Action No. 01-2690 (JMF) |
| MOBILE COMMUNICATIONS ) <br> HOLDINGS, INC., et al., ) <br> ) <br> Counter-Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JOHN E. DRAIM, ) <br> ) <br> Defendant. ) | |

## JOINT PRAECIPE

Pursuant to the Court's July 13, 2009, Order, John E. Draim ("Draim") and Virtual Geosatellite Holdings, Inc. and Mobile Communications Holdings, Inc. (collectively "Defendants") submit this Joint Praecipe detailing the prejudgment interest calculation through July 27, 2009, as set forth in the Court's Findings of Fact and Conclusions of Law and the Minute Order dated July 13, 2009. As shown in the attachment to this Joint Praecipe, the total amount of prejudgment interest calculated at the rate of six percent per annum from the date of the issuance of each patent through July 27, 2009 is $30,303.78. Counsel for defendants does not agree with the Court that any amount is

due and owing to plaintiff. However, if these amounts are due, the arithmetic calculations of interest on the attached would be correct.

Respectfully submitted

**/s/ Mary C. Zinsner**
Mary C. Zinsner
D.C. Bar No. 430091
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
(703) 734-4334
Counsel for John E. Draim

**/s/ Thomas E. Patton**
Thomas E. Patton
D.C. Bar No. 91280
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Ave., N.W., Suite 300
Washington, D.C. 20006
(202) 454-2840
Counsel for Defendants

398046v1

2